■ In the Matter of CHILDREN OF BEDFORD, INC., et al., Appellants, v ANGELO PETROMELIS et al., Respondents.—Order and judgment (one paper), Supreme Court, New York County (Jacqueline Silbermann, J., on amended decision by Israel Rubin, J., dated Apr. 12, 1989), entered on June 15, 1989, unanimously affirmed for the reasons stated by Israel Rubin, J., without costs and without disbursements. The order of this court entered herein on May 15, 1990 [161 AD2d 421] is recalled and vacated. Concur—Kupferman, J. P., Ross, Asch and Ellerin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JACQUELINE QUINONES, Appellant.—Judgment, Supreme Court, New York County (Arlene Silverman, J.), rendered on April 21, 1988, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Ross, J. P., Rosenberger, Ellerin and Wallach, JJ.